No. 890, Misc. BROWN *v.* COLORADO. Supreme Court of Colorado. Certiorari denied.

No. 733, Misc. CORBETT *v.* COMMON PLEAS COURT OF STARK COUNTY, OHIO. Supreme Court of Ohio. Certiorari denied. MR. JUSTICE STEWART took no part in the consideration or decision of this application. Petitioner *pro se. Harry N. Kandel* for respondent.

No. 1. BARTKUS *v.* ILLINOIS, 359 U. S. 121. Petition for rehearing denied.

No. 169. GROCERY DRIVERS UNION LOCAL 848 ET AL. *v.* SEVEN UP BOTTLING CO. OF LOS ANGELES, INC., 359 U. S. 434. Petition for rehearing denied. THE CHIEF JUSTICE took no part in the consideration or decision of this application.

No. 774. ALLEN ET AL. *v.* COLUMBIA GAS SYSTEM, INC., ET AL., 359 U. S. 979. Petition for rehearing denied. MR. JUSTICE CLARK took no part in the consideration or decision of this application.

No. 547. BOHN *v.* UNITED STATES, 358 U. S. 931. Motion for leave to file a petition for rehearing denied. MR. JUSTICE FRANKFURTER took no part in the consideration or decision of this application.

JUNE 9, 1959.

No. 797, Misc. FURTAK *v.* GLADDEN, WARDEN. On petition for writ of certiorari to the Supreme Court of Oregon. Petition dismissed pursuant to Rule 60 (2) of the Rules of this Court. Petitioner *pro se.*